**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SIKANDAR JAMAL ASG AWAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 3:26-cv-00693** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Pursuant to the Joint Notice of Voluntary Dismissal filed by the parties (Doc. No. 13), this case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to close the file.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE